IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNON W. HILL, II, BRIAN TIERNEY, and BARRY SPEVAK, derivatively on behalf of REPUBLIC FIRST BANCORP INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW B. COHEN, LISA JACOBS, HARRY MADONNA, and HARRIS WILDSTEIN., <br><br> Defendants, <br><br> and <br><br> REPUBLIC FIRST BANCORP INC., <br><br> Nominal Defendant. | Case No. 2:22-cv-01924-PD <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Defendants Andrew B. Cohen, Lisa Jacobs, Harry Madonna, and Harris Wildstein hereby appeal to the United States Court of Appeals for the Third Circuit from the Orders Appointing a Custodian for Nominal Defendant Republic First Bancorp Inc., entered in the above-captioned action on May 26, 2022.  (ECF Nos. 15, 16.)

Dated:  May 26, 2022

|  |  |
|---|---|
| Of Counsel: | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| Michael E. Swartz<br>Frank W. Olander<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 756-2000 | By:  ____*/s/ John S. Summers*____<br>         John S. Summers<br><br>One Logan Square, 27th Floor<br>Philadelphia, Pennsylvania 19103<br>(215) 568-6200<br><br><br>*Counsel for Andrew B. Cohen, Lisa R. Jacobs, Harry D. Madonna, and Harris Wildstein* |

## CERTIFICATE OF FILING

I hereby certify that the foregoing Notice of Appeal was filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, using the Court's electronic filing system, within the time required by Federal Rule of Appellate Procedure 4.

Dated:  May 26, 2022

*/s/ John S. Summers*
John S. Summers